**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

E.P. R.P.

Plaintiff,

v.

Case No.: 1:26−cv−04759
Honorable John Robert Blakey

Markwayne Mullin

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 19, 2026:

MINUTE entry before the Honorable John Robert Blakey: The Court grants Respondents' unopposed motions to extend time [10] and to exceed LR 7.1's page limit [12] and strikes the 5/20/26 Notice of Motion date. Respondents shall file their response (of up to 25 pages) by 5/20/26, and Petitioner shall file any reply by 5/27/26. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.